| | | |
|---|---|---|
| VERMONT SUPREME COURT<br>109 State Street<br>Montpelier VT 05609-0801<br>802-828-4774<br>www.vermontjudiciary.org |  | Case No.　　　21-AP-217<br><br>USDC - DVT<br>5:21-mc-127 |

# ENTRY ORDER

SEPTEMBER TERM,　2021

| | | |
|---|---|---|
| In re Denise Bailey, Esq. (Office of Disciplinary Counsel*) | } | Original Jurisdiction |
| | } } | Professional Responsibility Board<br>CASE NO. PRB File No. 2022-031 |

In the above-entitled cause, the Clerk will enter:

Respondent Denise Bailey is a lawyer licensed to practice law in the State of Vermont. Disciplinary Counsel and respondent jointly filed with the Court a petition for interim suspension due to a medical condition that currently prevents respondent from meeting the needs of her clients. Having reviewed the petition and the accompanying affidavit, the Court concludes that respondent's current medical condition prevents her from practicing law and hereby orders that she be transferred to interim suspension status in accordance with Administrative Order 9, Rule 22. Respondent shall comply with the notice requirements set forth in A.O. 9, Rule 27.

BY THE COURT:

_____
Paul L. Reiber, Chief Justice

_____
Beth Robinson, Associate Justice

_____
Harold E. Eaton, Jr., Associate Justice

_____
Karen R. Carroll, Associate Justice

_____
William D. Cohen, Associate Justice

Case 5:21-mc-00127-gwc   Document 1   Filed 09/23/21   Page 2 of 2