UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

In Re: Denise Bailey, Esq.　　　　　　　Misc. No. 5:21-mc-127

### ORDER

On September 20, 2021, the above-named individual was transferred to interim suspension from the practice of law in the State of Vermont by the Vermont Supreme Court.

Pursuant to Rule 5(d) of Attorney Disciplinary Rules for the United States District Court for the District of Vermont and in conformity with the Vermont Supreme Court, it is hereby ORDERED that said DENISE BAILEY is placed on immediate interim suspension from the practice of law before this court.

SO ORDERED.

Dated at Rutland, in the District of Vermont, this 22nd day of November, 2021.

　　　　　　　　　　　　　　　　　　　　　　Geoffrey W. Crawford
　　　　　　　　　　　　　　　　　　　　　　U.S. District Chief Judge